No. 20-1750

U.S.C.A. — 7th Circuit
RECEIVED
JUN 09 2020

IN THE
UNITED STATES COURT OF APPEAL
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Jacqueline Watkins, | ) Appeal from the United States |
| | ) District Court, Northern District of |
| Plaintiff-Appellant, | ) Illinois, Eastern Division |
| | ) |
| v. | ) No. 17-cv-02028 |
| | ) |
| City of Chicago, | ) The Honorable, |
| | ) **Edmond E. Chang,** |
| Defendant-Appellee. | ) Judge Presiding |

**MOTION TO ELECTRONICALLY FILE**

I, JACQUELINE WATKINS, Pro se, respectfully request permission to become an electronic filer and submit this Motion to Electronically File to the United States Court of Appeals for the Seventh Circuit to file Plaintiff–Appellant brief electronically via CM/ECF.

Respectfully submitted,
JACQUELINE WATKINS
Plaintiff-Appellant, Pro se
By /s/ Jacqueline Watkins

*Jacqueline A. Watkins*

Pro se/ Jacqueline A. Watkins
1727 West 107th Street
Chicago, Illinois 60643
(773) 562-0167/ Jacquelinegl@comcast.net